UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Maren Anderson and Valeria Gonzalez,<br><br>Plaintiffs,<br><br>v.<br><br>National Collegiate Athletic Association and Turner Sports Interactive, Inc.,<br><br>Defendants. | Case No. 2:25-cv-11576-MWC-MBK<br><br>**ORDER GRANTING IN PART EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT (DKT. 14)** |

**ORDER**

Maren Anderson and Valeria Gonzalez ("Plaintiffs"), and Defendants National Collegiate Athletic Association and Turner Sports Interactive, Inc. ("Defendants"), submitted a joint stipulation to extend to February 12, 2026 the deadline for Defendants to answer, move, or otherwise respond to the Complaint in this action.

Having considered the Stipulation and accompanying declaration, it is hereby **ORDERED**:

The stipulated extension of time is **GRANTED IN PART**. Defendants' deadline to answer, move, or otherwise respond to the Complaint is extended to February 12, 2026.

The Court **DENIES** the Parties' requested relief concerning their proposed briefing schedule on Defendants' potential motion to dismiss.

**IT IS SO ORDERED.**

Dated: February 9, 2026

Hon. Michelle Williams Court
United States District Judge