DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants TURNER SPORTS INTERACTIVE, INC. and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Maren Anderson and Valeria Gonzalez,

Plaintiffs,

v.

National Collegiate Athletic Association and Turner Sports Interactive, Inc.,

Defendants.

Case No. 2:25-CV-11576-MWC-MBK

**DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE MOTION TO DISMISS HEARING**

Date: March 27, 2026
Time: 1:30 p.m.
Dept.: Courtroom 6A, 6th Floor
Judge: Hon. Michelle Williams Court

PLEASE TAKE NOTICE that Defendants National Collegiate Athletic Association ("NCAA") and Turner Sports Interactive, Inc. ("Turner") (together, "Defendants") will and hereby does apply *ex parte* for an Order continuing the motion to dismiss hearing to a date after March 27, 2026 that is convenient to the Court.

Defendants filed a motion to dismiss on February 12, 2026, and set the hearing date for May 1, 2026. The Court on its own motion advanced the hearing on the motion to dismiss to March 27, 2026. Defendants' counsel has a pre-planned and pre-paid trip to Japan from March 27, 2026, through April 5, 2026, and is not available for the hearing on the motion to dismiss on March 27, 2026. Singh Decl. ¶ 5. Defendants therefore request a continuance of that date to another date thereafter that is convenient to the Court. Singh Decl. ¶ 6. The Parties are available on April 10 or April 24, or another day in the future that is convenient to the Court. Singh Decl. ¶ 6.

Plaintiffs' counsel was given notice that Defendants would seek a continuance of the motion to dismiss hearing on February 18, 2026, by email and in a Zoom meeting. Singh Decl. ¶ 6. Plaintiffs' counsel is also being served with this application through the Court's CM/ECF system.

This *ex parte* application is being made on an expedited basis because there is not enough time to bring a noticed motion prior to the motion to dismiss hearing, given the Court's current calendar.

In accordance with Local Rule 7-19, below is the contact information for Plaintiffs' counsel of record:

Kim Elaine Miller
Kahn Swick and Foti LLC
1901 Avenue of the Stars 2nd Floor
Los Angeles, CA 90067
Tel: 504-455-1400
Fax: 504-455-1498
Email: kim.miller@ksfcounsel.com

Melissa Harris
Kahn Swick and Foti LLC
1100 Poydras Street, Suite 960
Tel: 504-455-1400
Fax: 504-455-1498
Email: Melissa.Harris@ksfcounsel.com

There have been no prior requests to continue the hearing on the motion to dismiss, and the requested continuance will not alter any other dates already set by the Court. Singh Decl. ¶ 7.

Dated: February 20, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: *_/s/ David R. Singh_*
DAVID R. SINGH

Attorney for Defendants TURNER SPORTS INTERACTIVE, INC. and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION