**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
Telephone: (504) 455-1400

Melissa H. Harris (admitted *pro hac vice*)
melissa.harris@ksfcounsel.com
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400

*Counsel for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN ANDERSON and VALERIA GONZALEZ,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and TURNER SPORTS INTERACTIVE, INC.,

Defendants.

Case No. 2:25-cv-11576-MWC-MBK

Hon. Michelle Williams Court

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Maren Anderson and Valeria Gonzalez ("Plaintiffs") respectfully submit this Notice of Supplemental Authority in support of Plaintiffs' Memorandum of Points and Authorities in Opposition (ECF No. 28) to Defendants' Motion to Dismiss.

On March 12, 2026, the Honorable Janis L. Sammartino issued an Order in *Jones v. Skullcandy, Inc.*, No. 25-cv-1759, 2026 WL 699819 (S.D. Cal. Mar. 12, 2026), which is relevant to the Parties' arguments regarding whether Plaintiffs have standing. A true and correct copy of the Order is attached as **Exhibit A** to this Notice.

Dated: March 24, 2026

**KAHN SWICK & FOTI, LLC**

/s/ *Melissa H. Harris*

Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
Telephone: (504) 455-1400

Melissa H. Harris (admitted *pro hac vice*)
melissa.harris@ksfcounsel.com
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
2500

*Counsel for Plaintiffs and the Putative Class*