DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and TURNER SPORTS INTERACTIVE, INC.

(*Additional Counsel Listed on Signature Page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAREN ANDERSON and VALERIA GONZALEZ,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and TURNER SPORTS INTERACTIVE, INC.,

Defendants.

Case No. 2:25-cv-11576-MWC-MBK

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Date: March 27, 2026
Time: 1:30 p.m.
Courtroom 6A, 6th Floor
Honorable Michelle Williams Court

Defendants National Collegiate Athletic Association ("NCAA") and Turner Sports Interactive, Inc. ("Turner") respectfully submit this Notice of Supplemental Authority as relevant to Defendants' Motion to Dismiss ("Motion"). As outlined below, the Ninth Circuit—in another case involving a single claim under CIPA § 638.51—recently granted interlocutory appeal on a question regarding Article III standing. The question presented in that appeal bears directly on the Article III standing arguments raised in Defendants' Motion and Reply in Support. *See* ECF Nos. 21, 30. Indeed, Plaintiffs' Opposition to Defendant's Motion cites extensively to the district court decision underlying the pending appeal. *See* ECF No. 28 at 2, 11, 16, 20, 21, 22.

On February 13, 2016, the Honorable Jesus G. Bernal granted a Motion for an Order Certifying Interlocutory Appeal in *Drummer, et al. v. CoStar Grp., Inc.*, No. EDCV 25-1047 JGB (SPX), 2026 WL 712922 (C.D. Cal. Feb. 13, 2026), attached as **Exhibit A**. The *Drummer* case centers on the alleged "transmission to third parties of IP addresses and similar information," including cookie identifiers, information about individuals' browsers and devices, interest and demographic information, hashed email addresses, form field data including name, date of birth, and address, as well as data about buttons clicked, and referrer URLs. *Id*. at *2. Having originally denied defendant's motion to dismiss for lack of subject matter jurisdiction, the question now certified to Ninth Circuit is whether the transmission of such information "constitute[s] an injury with a close relationship to a harm traditionally recognized as a basis for a lawsuit." *Id*.

In certifying the question, Judge Bernal underscored that "District Courts within the Ninth Circuit are split on this topic." *Id*. As he reasoned, "clarifying these issues at this stage in this case—and across the many other cases within the district disagreeing about the same issue—will materially advance litigation in this case and more broadly." *Id*. at *2–3. On March 18, 2026, the Ninth Circuit granted the Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b). *See Drummer, et al. v. CoStar Grp., Inc.*, No 26-1160 (9th Cir. March 18, 2026), attached as **Exhibit B**.

Defendants respectfully submit that these developments bear directly on the jurisdictional issues presented in this case.

Dated: March 24, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: *David R. Singh*
DAVID R. SINGH

DAVID R. SINGH
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
BLAKE J. STEINBERG (*pro hac vice*)
blake.steinberg@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and TURNER SPORTS INTERACTIVE, INC.